

7 CENTURY DRIVE, 2ND FLOOR
PARSIPPANY, NJ 07054
www.fskslaw.com

TELEPHONE: 973-538-4700

August 3, 2023

CLERK OF THE BANKRUPTCY COURT
UNITED STATES BANKRUPTCY COURT
CLARKSON S. FISHER US COURTHOUSE
402 EAST STATE STREET
TRENTON, NJ 08608

Re: **VITO SORANNO CERTIFIED PUBLIC ACCOUNTANT v. JAMES R RAPP**
Case No. 23-14490 MBK

Your Honor:

Please accept this letter as a formal request to withdraw the Proof of Claim filed with the court on 07/19/2023 as Claim #10 on the court's register.

Thank you for your prompt attention to this matter.

Very truly yours,
**FEIN, SUCH, KAHN & SHEPARD, P.C.**


By: /S/ PHIL A. KAHN, ESQ.


cc: ALBERT RUSSO - Trustee
cc: JAMES R RAPP - Debtor(s)
cc: SCOTT D. SHERMAN - Debtor's attorney