Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−14490−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James R Rapp
   841 Lopatcong Street
   Belvidere, NJ 07823

Social Security No.:
   xxx−xx−3281

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 15, 2023.

Dated: August 15, 2023
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
James R Rapp  
  Debtor

Case No. 23-14490-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Aug 15, 2023 | Form ID: plncf13 | Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James R Rapp, 841 Lopatcong Street, Belvidere, NJ 07823-2020 |
| 519954291 | + | HACKETTSTOWN MEDICAL CTR, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 519926207 | + | Marissa Rapp, 841 Lopatcong Street, Belvidere, NJ 07823-2020 |
| 519926208 | + | Michael J. McCaffrey, Esq., 4 Essex Avenue, Suite 200, P.O. Box 259, Bernardsville, NJ 07924-0259 |
| 519926209 | + | Norman A. Maranz, P.C., 100 E. Hanover Ave., Suite 401, Cedar Knolls, NJ 07927-2047 |
| 519926211 | + | Roma Trucking Corp., 32 O'Brien Street, Kearny, NJ 07032-4211 |
| 519926213 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, PO Box 269, Trenton, NJ 08695-0269 |
| 519926215 | + | Taneekah S. Garvin, 606 Bright Court, Newark, NJ 07104-3349 |
| 519974694 | + | Vito Soranno Certified Public Accountant, Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4673 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 15 2023 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 15 2023 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519932651 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 15 2023 21:05:23 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519985769 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 15 2023 20:48:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519926195 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 15 2023 20:44:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 519937467 | + | Email/Text: documentfiling@lciinc.com | Aug 15 2023 20:44:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519926196 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2023 21:03:34 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519964292 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 15 2023 20:48:14 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519980857 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2023 21:03:18 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519926198 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2023 21:05:14 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 519926206 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2023 20:47:56 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519926199 | + | Email/Text: bankruptcy@firstelectronic.com | | |

| Recipient # | Method | Date/Time | Name/Address |
|---|---|---|---|
| | | Aug 15 2023 20:47:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 519926200 | ^ MEBN | Aug 15 2023 20:39:01 | Geico Inusurance Company, 1 GEICO Blvd, Fredericksburg, VA 22412-0001 |
| 519926201 | + Email/Text: bankruptcy.notices@hdfsi.com | Aug 15 2023 20:47:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 519962323 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Aug 15 2023 20:45:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 519926202 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 15 2023 20:46:00 | Internal Revenue Service, 955 S. Springfield Ave., Springfield, NJ 07081 |
| 519988055 | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 15 2023 20:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519926197 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 15 2023 21:17:22 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519952807 | + Email/Text: RASEBN@raslg.com | Aug 15 2023 20:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519926204 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 15 2023 20:45:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519926205 | Email/Text: camanagement@mtb.com | Aug 15 2023 20:46:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 519962411 | Email/Text: camanagement@mtb.com | Aug 15 2023 20:46:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519988187 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2023 20:48:45 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519974693 | + Email/Text: ecourts.col_efilings@fskslaw.com | Aug 15 2023 20:45:00 | Philip A. Kahn, Esq., c/o Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 519926210 | ^ MEBN | Aug 15 2023 20:39:35 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 220, Liverpool, NY 13088-0220 |
| 519926212 | + Email/Text: DeftBkr@santander.us | Aug 15 2023 20:46:00 | Santander Bank, 10-64-38-Fd7, 601 Penn Street, Reading, PA 19601-3563 |
| 519926214 | + Email/PDF: gecsedi@recoverycorp.com | Aug 15 2023 21:03:46 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519953526 | + Email/Text: tdebn@credbankserv.com | Aug 15 2023 20:45:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519926216 | + Email/Text: documentfiling@lciinc.com | Aug 15 2023 20:44:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519982283 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 15 2023 20:46:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 519926217 | + Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 15 2023 20:46:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 519928214 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 15 2023 20:48:00 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 15, 2023 | Form ID: plncf13 | Total Noticed: 41 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519926203 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2023           Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Philip A Kahn | on behalf of Creditor Vito Soranno Certified Public Accountant pkahn@feinsuch.com |
| Scott D. Sherman | on behalf of Debtor James R Rapp ssherman@minionsherman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5