| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| MINION & SHERMAN<br>By:   Scott D. Sherman, Esquire<br>33 Clinton Road - Suite 105<br>West Caldwell, New Jersey 07006<br>Phone: (973) 882-2424/Fax: (973) 882-0856<br>Email: ssherman@minionsherman.com | |
| JAMES R. RAPP,<br><br>                Debtor | |

**Order Filed on December 26, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:23-14490 MBK

Chapter 13

Judge:   Michael B. Kaplan

### CONSENT ORDER GRANTING LIMITED
### RELIEF FROM THE AUTOMATIC STAY
### [11 U.S.C. § 362]

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 26, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: JAMES R. RAPP
Case No: 23-14490 MBK

Caption of Order: **CONSENT ORDER GRANTING LIMITED RELIEF FROM AUTOMATIC STAY [11 U.S.C. § 362]**

---

**THIS MATTER** having been brought before the Court by Scott D. Sherman, Esq., attorney for Debtor, James R. Rapp , for the entry of Consent Order Granting Limited Relief From Stay and allowing creditor, Taneekah S. Garvin to pursue her lawsuit against the Defendants Roman Trucking Corp and James R. Rapp ("Defendants") , in the Superior Court of New Jersey, Essex County, Law Division, (Docket #ESX-L-3582-22), solely to the extent of Defendants' insurance policy limits; and the Court having considered the Application for Entry of Consent Order and/or the moving papers; and good cause having been shown;

IT IS ; _____  _____

ORDERED that the automatic stay of proceedings be and is hereby lifted for the limited purpose of permitting, creditor, Taneekah S. Garvin to pursue her lawsuit against the Defendants Roman Trucking Corp and James R. Rapp ("Defendants") , in the Superior Court of New Jersey, Essex County, Law Division, (Docket #ESX-L-3582-22), solely to the extent of Defendants' insurance policy limits provided by its liability insurance policy.

_____

(Page 3)
**Debtor: JAMES R. RAPP**
**Case No: 23-14490 MBK**

**Caption of Order: CONSENT ORDER GRANTING LIMITED RELIEF**
**FROM AUTOMATIC STAY [11 U.S.C. § 362]**

---

I hereby Consent to the foregoing terms:

| | |
|---|---|
| NORMAN A. MARANZ, P.C.<br>By: | MINION & SHERMAN<br>By: |
| /s/ Norman A. Maranz<br>Norman A. Maranz, Esquire<br>Attorney for Taneekah S. Garvin | /s/ Scott D. Sherman<br>Scott D. Sherman, Esquire<br>Attorney for James R. Rapp<br>(Bankruptcy Counsel) |
| Dated: 10/11/2023 | Dated: 12/15/2023 |

FLANAGAN, BARONE & O'BRIEN, LLC
By:

/s/ Michael J. McCaffrey
Michael J. McCaffrey, Esquire
Attorney for James R. Rapp and Roman Trucking Corp.
(State Court Counsel)

Dated: 11/1/2023