| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| MINION & SHERMAN<br>By:  Scott D. Sherman, Esquire<br>33 Clinton Road -  Suite 105<br>West Caldwell, New Jersey 07006<br>Phone:  (973) 882-2424/Fax: (973) 882-0856<br>Email: ssherman@minionsherman.com |
| JAMES R. RAPP,<br><br>            Debtor |

**Order Filed on December 26, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:23-14490 MBK

Chapter 13

Judge:   Michael B. Kaplan

**CONSENT ORDER GRANTING LIMITED
RELIEF FROM THE AUTOMATIC STAY
[11 U.S.C. § 362]**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: December 26, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: JAMES R. RAPP
Case No: 23-14490 MBK

Caption of Order: **CONSENT ORDER GRANTING LIMITED RELIEF FROM AUTOMATIC STAY [11 U.S.C. § 362]**

---

**THIS MATTER** having been brought before the Court by Scott D. Sherman, Esq., attorney for Debtor, James R. Rapp , for the entry of Consent Order Granting Limited Relief From Stay and allowing creditor, Taneekah S. Garvin to pursue her lawsuit against the Defendants Roman Trucking Corp and James R. Rapp ("Defendants") , in the Superior Court of New Jersey, Essex County, Law Division, (Docket #ESX-L-3582-22), solely to the extent of Defendants' insurance policy limits; and the Court having considered the Application for Entry of Consent Order and/or the moving papers; and good cause having been shown;

IT IS ;

ORDERED that the automatic stay of proceedings be and is hereby lifted for the limited purpose of permitting, creditor, Taneekah S. Garvin to pursue her lawsuit against the Defendants Roman Trucking Corp and James R. Rapp ("Defendants") , in the Superior Court of New Jersey, Essex County, Law Division, (Docket #ESX-L-3582-22), solely to the extent of Defendants' insurance policy limits provided by its liability insurance policy.

(Page 3)
Debtor: JAMES R. RAPP
Case No: 23-14490 MBK

Caption of Order: CONSENT ORDER GRANTING LIMITED RELIEF FROM AUTOMATIC STAY [11 U.S.C. § 362]

---

I hereby Consent to the foregoing terms:

| | |
|---|---|
| NORMAN A. MARANZ, P.C.<br>By: | MINION & SHERMAN<br>By: |
| /s/ Norman A. Maranz<br>Norman A. Maranz, Esquire<br>Attorney for Taneekah S. Garvin | /s/ Scott D. Sherman<br>Scott D. Sherman, Esquire<br>Attorney for James R. Rapp<br>(Bankruptcy Counsel) |
| Dated: 10/11/2023 | Dated: 12/15/2023 |

FLANAGAN, BARONE & O'BRIEN, LLC
By:

/s/ Michael J. McCaffrey
Michael J. McCaffrey, Esquire
Attorney for James R. Rapp and Roman Trucking Corp.
(State Court Counsel)

Dated: 11/1/2023

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-14490-MBK |
| James R Rapp | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 26, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2023:**

**Recip ID    Recipient Name and Address**
db    +  James R Rapp, 841 Lopatcong Street, Belvidere, NJ 07823-2020

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2023 at the address(es) listed below:

**Name**    **Email Address**

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Philip A Kahn
    on behalf of Creditor Vito Soranno Certified Public Accountant pkahn@feinsuch.com

Scott D. Sherman
    on behalf of Debtor James R Rapp ssherman@minionsherman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5