Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
### Chapter 13 Case No. 23-14490 / MBK

James R Rapp

Petition Filed Date: 05/24/2023
341 Hearing Date: 06/22/2023
Confirmation Date: 08/09/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 06/20/2023 | $650.00 | | 06/20/2023 | $162.50 | | 06/27/2023 | $162.50 | |
| 07/03/2023 | $162.50 | | 07/11/2023 | $162.50 | | 07/18/2023 | $162.50 | |
| 07/24/2023 | $162.50 | | 07/31/2023 | $162.50 | | 08/07/2023 | $162.50 | |
| 08/14/2023 | $162.50 | | 08/21/2023 | $162.50 | | 08/30/2023 | $162.50 | |
| 09/07/2023 | $162.50 | | 09/12/2023 | $162.50 | | 09/18/2023 | $162.50 | |
| 09/25/2023 | $162.50 | | 10/03/2023 | $162.50 | | 10/10/2023 | $162.50 | |
| 10/17/2023 | $162.50 | | 10/23/2023 | $162.50 | | 10/30/2023 | $162.50 | |
| 11/06/2023 | $162.50 | | 11/13/2023 | $162.50 | | 11/20/2023 | $162.50 | |
| 11/28/2023 | $162.50 | | 12/04/2023 | $162.50 | | 12/11/2023 | $162.50 | |
| 12/18/2023 | $162.50 | | 12/26/2023 | $162.50 | | 01/03/2024 | $162.50 | |
| 01/09/2024 | $162.50 | | 01/16/2024 | $162.50 | | 01/23/2024 | $162.50 | |

**Total Receipts for the Period: $5,850.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,850.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| 0 | James R Rapp | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Scott D. Sherman, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»» P/841 LOPATCONG ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2021 | Priority Creditors | $678.61 | $0.00 | $678.61 |
| 3 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $10.42 | $0.00 | $10.42 |
| 4 | COMCAST | Unsecured Creditors | $128.90 | $0.00 | $128.90 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,507.43 | $0.00 | $5,507.43 |
| 6 | TD RETAIL CARD SERVICES | Secured Creditors | $1,745.00 | $221.80 | $1,523.20 |
| 7 | TD RETAIL CARD SERVICES | Unsecured Creditors | $88.38 | $0.00 | $1,833.38 |
| 8 | HACKETTSTOWN MEDICAL CENTER | Unsecured Creditors | $4,988.41 | $0.00 | $4,988.41 |
| 9 | HARLEY-DAVIDSON CREDIT<br>»» 2009 HARLEY-DAVIDSON FL TRSE3 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 10 | M&T BANK<br>»» P/841 LOPATCONG ST/1ST MTG | Mortgage Arrears | $3,811.68 | $484.49 | $3,327.19 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,527.37 | $0.00 | $2,527.37 |

**Chapter 13 Case No. 23-14490 / MBK**

| 12 | VITO SORANNO CERTIFIED PUBLIC ACCOUNTAN<br>»» WITHDRAWN 8/3/23 | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
|----|----|----|----|----|----|
| 13 | CITIBANK, N.A.<br>»» HOME DEPOT CONSUMER CC | Unsecured Creditors | $428.87 | $0.00 | $428.87 |
| 14 | US Bank National Association | Unsecured Creditors | $976.18 | $0.00 | $976.18 |
| 15 | ALLY BANK<br>»» 2017 GMC SIERRA 1500 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 16 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» CARECREDIT | Unsecured Creditors | $2,575.34 | $0.00 | $2,575.34 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT | Unsecured Creditors | $854.37 | $0.00 | $854.37 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|----|----|----|----|
| Total Receipts: | $5,850.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $4,206.29 | Current Monthly Payment: | $650.00 |
| Paid to Trustee: | $451.63 | Arrearages: | ($812.50) |
| Funds on Hand: | $1,192.08 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**

