Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 23-14490 / MBK**

James R Rapp

Petition Filed Date: 05/24/2023
341 Hearing Date: 06/22/2023
Confirmation Date: 08/09/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2024 | $162.50 | | 01/09/2024 | $162.50 | | 01/16/2024 | $162.50 | |
| 01/23/2024 | $162.50 | | 01/29/2024 | $162.50 | | 02/05/2024 | $162.50 | |
| 02/12/2024 | $162.50 | | 02/20/2024 | $162.50 | | 02/28/2024 | $162.50 | |
| 03/04/2024 | $162.50 | | 03/11/2024 | $162.50 | | 03/18/2024 | $162.50 | |
| 03/25/2024 | $162.50 | | 04/01/2024 | $162.50 | | 04/08/2024 | $162.50 | |
| 04/15/2024 | $162.50 | | 04/22/2024 | $162.50 | | 04/29/2024 | $162.50 | |
| 05/06/2024 | $162.50 | | 05/13/2024 | $162.50 | | 05/20/2024 | $162.50 | |
| 06/03/2024 | $162.50 | | 06/04/2024 | $162.50 | | 06/10/2024 | $162.50 | |
| 06/17/2024 | $162.50 | | 06/25/2024 | $162.50 | | 07/01/2024 | $162.50 | |
| 07/09/2024 | $162.50 | | 07/15/2024 | $162.50 | | 07/22/2024 | $162.50 | |
| 07/29/2024 | $162.50 | | 08/05/2024 | $162.50 | | 08/12/2024 | $162.50 | |
| 08/19/2024 | $162.50 | | 08/27/2024 | $162.50 | | 09/03/2024 | $162.50 | |
| 09/10/2024 | $162.50 | | 09/16/2024 | $162.50 | | 09/23/2024 | $162.50 | |
| 09/30/2024 | $162.50 | | 10/07/2024 | $162.50 | | 10/15/2024 | $162.50 | |
| 10/22/2024 | $162.50 | | 10/28/2024 | $162.50 | | 11/04/2024 | $162.50 | |
| 11/12/2024 | $162.50 | | 11/19/2024 | $162.50 | | 11/25/2024 | $162.50 | |
| 12/03/2024 | $162.50 | | 12/09/2024 | $162.50 | | 12/16/2024 | $162.50 | |
| 12/23/2024 | $162.50 | | 12/31/2024 | $162.50 | | | | |

**Total Receipts for the Period: $8,612.50 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $14,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | James R Rapp | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Scott D. Sherman, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»» P/841 LOPATCONG ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2021 | Priority Creditors | $678.61 | $678.61 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $10.42 | $0.00 | $10.42 |
| 4 | COMCAST | Unsecured Creditors | $128.90 | $16.80 | $112.10 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,507.43 | $717.65 | $4,789.78 |
| 6 | TD RETAIL CARD SERVICES | Secured Creditors | $1,745.00 | $1,745.00 | $0.00 |

**Chapter 13 Case No. 23-14490 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 7 | TD RETAIL CARD SERVICES | Unsecured Creditors | $88.38 | $38.68 | $1,794.70 |
| 8 | HACKETTSTOWN MEDICAL CENTER | Unsecured Creditors | $4,988.41 | $650.02 | $4,338.39 |
| 9 | HARLEY-DAVIDSON CREDIT<br>»» 2009 HARLEY-DAVIDSON FL TRSE3 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 10 | M&T BANK<br>»» P/841 LOPATCONG ST/1ST MTG | Mortgage Arrears | $3,811.68 | $3,811.68 | $0.00 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,527.37 | $329.33 | $2,198.04 |
| 12 | VITO SORANNO CERTIFIED PUBLIC ACCOUNTAN | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 13 | CITIBANK, N.A.<br>»» HOME DEPOT CONSUMER CC | Unsecured Creditors | $428.87 | $55.88 | $372.99 |
| 14 | US Bank National Association | Unsecured Creditors | $976.18 | $127.20 | $848.98 |
| 15 | ALLY BANK<br>»» 2017 GMC SIERRA 1500 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 16 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» CARECREDIT | Unsecured Creditors | $2,575.34 | $335.58 | $2,239.76 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT | Unsecured Creditors | $854.37 | $111.33 | $743.04 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,300.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $12,117.76 | Current Monthly Payment: | $650.00 |
| Paid to Trustee: | $991.37 | Arrearages: | ($1,462.50) |
| Funds on Hand: | $1,190.87 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**