Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 23-14490 / MBK**

James R Rapp

Petition Filed Date: 05/24/2023
341 Hearing Date: 06/22/2023
Confirmation Date: 08/09/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2025 | $162.50 | | 01/13/2025 | $162.50 | | 01/21/2025 | $162.50 | |
| 01/28/2025 | $162.50 | | 02/03/2025 | $162.50 | | 02/10/2025 | $162.50 | |
| 02/18/2025 | $162.50 | | 02/25/2025 | $162.50 | | 03/03/2025 | $162.50 | |
| 03/10/2025 | $162.50 | | 03/17/2025 | $162.50 | | 03/24/2025 | $162.50 | |
| 03/31/2025 | $162.50 | | 04/07/2025 | $162.50 | | 04/14/2025 | $162.50 | |
| 04/23/2025 | $162.50 | | 04/28/2025 | $162.50 | | 05/05/2025 | $162.50 | |
| 05/12/2025 | $162.50 | | 05/19/2025 | $162.50 | | 05/27/2025 | $162.50 | |
| 06/03/2025 | $162.50 | | 06/09/2025 | $162.50 | | 06/16/2025 | $162.50 | |
| 06/24/2025 | $162.50 | | 07/01/2025 | $162.50 | | 07/08/2025 | $162.50 | |
| 07/14/2025 | $162.50 | | 07/21/2025 | $162.50 | | 07/30/2025 | $162.50 | |
| 08/04/2025 | $162.50 | | 08/12/2025 | $162.50 | | 08/18/2025 | $162.50 | |
| 08/25/2025 | $162.50 | | 09/02/2025 | $162.50 | | 09/10/2025 | $162.50 | |
| 09/16/2025 | $162.50 | | 09/22/2025 | $162.50 | | 09/29/2025 | $162.50 | |
| 10/06/2025 | $162.50 | | 10/14/2025 | $162.50 | | 10/21/2025 | $162.50 | |
| 10/27/2025 | $162.50 | | 11/03/2025 | $162.50 | | 11/10/2025 | $162.50 | |
| 11/18/2025 | $162.50 | | 11/24/2025 | $162.50 | | 12/02/2025 | $162.50 | |
| 12/08/2025 | $162.50 | | 12/15/2025 | $162.50 | | 12/22/2025 | $162.50 | |
| 12/30/2025 | $162.50 | | 01/06/2026 | $162.50 | | 01/12/2026 | $162.50 | |
| 01/20/2026 | $162.50 | | 01/27/2026 | $162.50 | | 02/02/2026 | $162.50 | |
| 02/09/2026 | $162.50 | | 02/17/2026 | $162.50 | | | | |

**Total Receipts for the Period: $9,587.50 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $23,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | James R Rapp | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Scott D. Sherman, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»» P/841 LOPATCONG ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2021 | Priority Crediors | $678.61 | $678.61 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $10.42 | $0.00 | $10.42 |
| 4 | COMCAST | Unsecured Creditors | $128.90 | $73.06 | $55.84 |

**Chapter 13 Case No. 23-14490 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,507.43 | $3,306.02 | $2,201.41 |
| 6 | TD RETAIL CARD SERVICES | Secured Creditors | $1,745.00 | $1,745.00 | $0.00 |
| 7 | TD RETAIL CARD SERVICES | Unsecured Creditors | $88.38 | $78.96 | $1,754.42 |
| 8 | HACKETTSTOWN MEDICAL CENTER | Unsecured Creditors | $4,988.41 | $2,994.46 | $1,993.95 |
| 9 | HARLEY-DAVIDSON CREDIT<br>»» 2009 HARLEY-DAVIDSON FL TRSE3 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 10 | M&T BANK<br>»» P/841 LOPATCONG ST/1ST MTG | Mortgage Arrears | $3,811.68 | $3,811.68 | $0.00 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,527.37 | $1,517.14 | $1,010.23 |
| 12 | VITO SORANNO CERTIFIED PUBLIC ACCOUNTAN | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 13 | CITIBANK, N.A.<br>»» HOME DEPOT CONSUMER CC | Unsecured Creditors | $428.87 | $243.10 | $185.77 |
| 14 | US Bank National Association | Unsecured Creditors | $976.18 | $585.99 | $390.19 |
| 15 | ALLY BANK<br>»» 2017 GMC SIERRA 1500 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 16 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» CARECREDIT | Unsecured Creditors | $2,575.34 | $1,545.92 | $1,029.42 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT | Unsecured Creditors | $854.37 | $512.86 | $341.51 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,400.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $20,592.80 | Current Monthly Payment: | $650.00 |
| Paid to Trustee: | $1,728.93 | Arrearages: | ($2,112.50) |
| Funds on Hand: | $1,078.27 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**