UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scott D. Sherman, Esq.
Minion & Sherman
Attorneys at Law
33 Clinton Road, Suite 105
West Caldwell, NJ 07006
973-882-2424    Fax 973-882-0856
e-mail: ssherman@minionsherman.com
Attorneys for Debtor

**Order Filed on May 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

   JAMES R. RAPP,

          DEBTOR

| | |
|---|---|
| Case No.: | 23-14490 |
| Chapter: | 13 |
| Hearing Date: | 5/6/2026 |
| Judge: | Michael B. Kaplan |

## ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following pages, numbered two (2) through three (3), is **ORDERED**.

**DATED: May 6, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the Court on the debtor's Motion to Approve Post-Petition Financing, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

ORDERED that the debtor(s) be and hereby are allowed to refinance real property located at _____ 841 Lopatcong Street, Belvidire, NJ 07832 _____ pursuant to the terms outlined in the debtor's certification in support of the refinancing motion; and it is further

ORDERED that from the funds received in connection with the refinance, all liens on the property shall be paid in full, at closing; and it is further

ORDERED that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

ORDERED that the debtor shall:

☒ Satisfy all Plan obligations from financing proceeds

❏ Continue to make payments under the Plan as proposed or confirmed

❏ Modify the Plan as follows:

ORDERED that debtor's counsel shall be allowed a legal fee of $ _____ 500.00 _____ for representation in connection with this motion, which is to be paid (**choose one**):

❏ at closing          ☒ through the plan          ❏ outside the plan;

and it is further

2

ORDERED that the chapter 13 trustee shall be provided with a copy of the HUD-1 settlement statement within seven (7) days of the closing of the refinance; and it is further

ORDERED that Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order,

❏  is applicable        ☒  is not applicable

ORDERED that the following other provisions apply:

*rev.1/12/22*