Certificate Number: 15111-NJ-DE-041254513

Bankruptcy Case Number: 23-14490

15111-NJ-DE-041254513

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 27, 2026, at 6:25 o'clock PM EDT, James R Rapp completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: July 27, 2026

By: /s/Hasan Bilal for Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education