**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | James R Rapp<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–3281 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 23–14490–MBK | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James R Rapp

10/27/26

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re: Case No. 23-14490-MBK

James R Rapp Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3

Date Rcvd: Oct 27, 2026 Form ID: 3180W Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James R Rapp, 841 Lopatcong Street, Belvidere, NJ 07823-2020 |
| 519926208 | + | Michael J. McCaffrey, Esq., 4 Essex Avenue, Suite 200, P.O. Box 259, Bernardsville, NJ 07924-0259 |
| 519926209 | + | Norman A. Maranz, P.C., 100 E. Hanover Ave., Suite 401, Cedar Knolls, NJ 07927-2047 |
| 519926211 | + | Roma Trucking Corp., 32 O'Brien Street, Kearny, NJ 07032-4211 |
| 519926215 | + | Taneekah S. Garvin, 606 Bright Court, Newark, NJ 07104-3349 |
| 519928214 | | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 519974694 | + | Vito Soranno Certified Public Accountant, Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2026 23:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2026 23:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519932651 | + | EDI: AISACG.COM | Oct 28 2026 03:05:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519985769 | + | EDI: AISACG.COM | Oct 28 2026 03:05:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519926195 | + | EDI: GMACFS.COM | Oct 28 2026 03:05:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 519937467 | + | EDI: COMCASTCBLCENT | Oct 28 2026 03:05:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519926196 | + | EDI: CAPITALONE.COM | Oct 28 2026 03:05:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519964292 | + | EDI: AIS.COM | Oct 28 2026 03:05:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519926197 | + | EDI: JPMORGANCHASE | Oct 28 2026 03:05:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 519980857 | | EDI: CITICORP | Oct 28 2026 03:05:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519926198 | + | EDI: CITICORP | Oct 28 2026 03:05:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |

| | | | | |
|---|---|---|---|---|
| 519926206 | | EDI: CITICORP | Oct 28 2026 03:05:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519926199 | + | Email/Text: bankruptcy@firstelectronic.com | Oct 27 2026 23:14:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 519926200 | + | Email/Text: argbsref@geico.com | Oct 27 2026 23:14:00 | Geico Inusurance Company, 1 GEICO Blvd, Fredericksburg, VA 22412-0001 |
| 519954291 | + | Email/Text: bankruptcy@certified-solutions.com | Oct 27 2026 23:14:00 | HACKETTSTOWN MEDICAL CTR, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 519926201 | + | Email/Text: bankruptcy.notices@hdfsi.com | Oct 27 2026 23:14:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 519962323 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Oct 27 2026 23:14:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 519926202 | | EDI: IRS.COM | Oct 28 2026 03:05:00 | Internal Revenue Service, 955 S. Springfield Ave., Springfield, NJ 07081 |
| 519988055 | | EDI: JEFFERSONCAP.COM | Oct 28 2026 03:05:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519952807 | + | Email/Text: RASEBN@raslg.com | Oct 27 2026 23:13:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519926204 | + | EDI: CAPITALONE.COM | Oct 28 2026 03:05:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519926205 | | Email/Text: camanagement@mtb.com | Oct 27 2026 23:14:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 519962411 | | Email/Text: camanagement@mtb.com | Oct 27 2026 23:14:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519988187 | | EDI: PRA.COM | Oct 28 2026 03:05:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519974693 | + | Email/Text: ecourts.col_efilings@fkslaw.com | Oct 27 2026 23:14:00 | Philip A. Kahn, Esq., c/o Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 519926210 | ^ | MEBN | Oct 27 2026 23:07:01 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 220, Liverpool, NY 13088-0220 |
| 519926213 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 27 2026 23:13:00 | State of New Jersey, Division of Taxation, 50 Barrack Street, PO Box 269, Trenton, NJ 08695 |
| 519926212 | + | Email/Text: DeftBkr@santander.us | Oct 27 2026 23:14:00 | Santander Bank, 10-64-38-Fd7, 601 Penn Street, Reading, PA 19601-3563 |
| 519926214 | + | EDI: SYNC | Oct 28 2026 03:05:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519953526 | + | EDI: CBSTDR | Oct 28 2026 03:05:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519926216 | ^ | MEBN | Oct 27 2026 23:07:04 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519982283 | | EDI: USBANKARS.COM | Oct 28 2026 03:05:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 519926217 | + | EDI: USBANKARS.COM | Oct 28 2026 03:05:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519926203 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519926207 | ##+ | Marissa Rapp, 841 Lopatcong Street, Belvidere, NJ 07823-2020 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Philip A Kahn | on behalf of Creditor Vito Soranno Certified Public Accountant pkahn@feinsuch.com |
| Scott D. Sherman | on behalf of Debtor James R Rapp ssherman@minionsherman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5